IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

J. GUADALUPE RESENDIZ-RAMIREZ, et al.                                    PLAINTIFFS

V.                                        CASE NO. 07-CV-1028

P & H FORESTRY, LLC, et al.                                              DEFENDANTS

## ORDER

      Before the Court is a Motion for Dismissal of Claims Against Defendants Andre Blanchard and Tee & Sons Farm, Inc. (Doc. 104). Plaintiffs and Separate Defendants Andre Blanchard and Tee & Sons Farm, Inc., have declared that they have settled all controversies between them. The parties agree that Plaintiffs' claims against Separate Defendants Andre Blanchard and Tee & Sons Farm, Inc., in the above-styled cause of action should be dismissed with prejudice. Accordingly, the Motion for Dismissal of Claims Against Defendants Andre Blanchard and Tee & Sons Farm, Inc., is hereby **GRANTED**. Plaintiffs' claims against Separate Defendants Andre Blanchard and Tee & Sons Farm, Inc., in the above-styled cause of action are hereby **DISMISSED WITH PREJUDICE**.

      IT IS SO ORDERED, this 31st day of March, 2009.

                                                /s/ Harry F. Barnes
                                       Hon. Harry F. Barnes
                                       United States District Judge